UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL MENDOZA, on behalf of himself and all other similarly situated employees,

    *Plaintiff,*

v.

THE BOYS' CLUB OF NEW YORK and YARITZA CORTES,

    *Defendant.*

Case No. 7:25-CV-03900-CS

## ORDER

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time for Defendants to move to dismiss Plaintiff's First Amended Complaint ("Amended Complaint"). Upon consideration of the Motion and for good cause shown, the Court GRANTS the Motion. Defendants shall have an additional 19 days, up to and including December 23, 2025, to move to dismiss Plaintiff's Amended Complaint. Plaintiff's opposition is now due January 13, 2026, and Defendant's reply is now due January 27, 2026.

IT IS SO ORDERED.

*Cathy Seibel*
_____
UNITED STATES DISTRICT JUDGE

11/20/25

The Clerk shall terminate ECF No. 30.